**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

JOHN FIORENTINE
1111 Orren Street NE, Apt 206
Washington, DC 20002

-and-

KIM KRAVITZ
600 Three Islands Blvd, Unit 1821
Hallandale Beach, FL 33009

On behalf of themselves and all others
similarly situated,

Plaintiffs

   v.

SARTON PUERTO RICO, LLC D/B/A
IKEA PUERTO RICO, a Puerto Rico limited
liability company,

 Defendants

CIVIL ACTION NO.  20-01491 (GAG)

**MOTION TO CLARIFY JOINT MOTION FOR EXTENSION OF TIME AND TO**
**CORRECT ORDER OF AUGUST 12, 2021 (ECF No. 61)**

NOW COMES Plaintiffs, John Fiorentine and Kim Kravitz, on behalf of themselves and all others similarly situated ("Plaintiffs"), through their undersigned counsel and respectfully state as follows:

1.      On August 11, 2021, Plaintiffs and defendant, Sarton Puerto Rico, LLC d/b/a Ikea Puerto Rico ("Defendant") (jointly, "the Parties"), filed a Joint Motion for Extension of Time. ECF No. 60. There, the Parties requested a 120-day extension of the current discovery and dispositive motions. *Id.* at 2.

2.      The next day, on August 12, 2021, this Honorable Court entered an Order "[g]ranting as requested [60] Motion for Extension of time until August 25, 2021." ECF No. 61.

3.      Plaintiffs would like to respectfully clarify that the Joint Motion for Extension of Time did not request an extension until August 25, 2021. Rather, it requested a 120-day extension to the existing discovery and dispositive deadlines. As per the Proposed Order attached to the Joint Motion (ECF No. 60-1), the discovery deadline was requested to be extended until January 31, 2022, and the dispositive motion deadline until March 30, 2021.

4.      Thus, Plaintiffs respectfully request that the Court take notice of the above-described clarification and amend the August 12, 2021, Order (ECF No. 61) to reflect the terms requested by the Joint Motion (ECF No. 60).

WHEREFORE, the appearing parties respectfully request that this Court take notice of the foregoing clarification and amend the August 12, 2021, Order so as to correctly reflect the terms requested in the Joint Motion.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of August, 2021.

/s/ Jairo Mellado-Villarreal
Jairo Mellado-Villarreal
USDC-PR No. 208112
jmellado@mellado.com

/s/ Héctor J. Orejuela Dávila
Hector J. Orejuela-Davila
USDC-PR No. 301111
Email: horejuela@mellado.com

MELLADO & MELLADO-VILLAREAL
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel. (787) 767-2600

2

*/s/ Andrea R. Gold*
Andrea R. Gold (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Email: agold@tzlegal.com

 */s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. (pro hac vice)
 Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Tel: (305) 479-2299

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
2875 NE 191st St., Suite 703
Aventura, FL 33180
Tel: (305) 975-3320

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that pursuant to L.Cv.R. 5.1(b) (2), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 12th day of August, 2021.

*/s/ Jairo Mellado-Villarreal*
USDC-PR No. 208112
jmellado@mellado.com

**Mellado & Mellado-Villareal**
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel. (787) 767-2600

3