IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHN FIORENTINE, <u>ET AL.</u>,**<br><br>   **Plaintiff**<br><br>   **v.**<br><br>**SARTON PUERTO RICO, LLC,**<br><br>   **Defendants.** | **CIVIL NO. 20-1491 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 76), judgment is hereby entered dismissing plaintiffs' claims with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of May, 2022.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge